UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>$189,250.00 IN U.S. CURRENCY AND $7,379.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | NO. EDCV 16-00441 JAK (SPx)<br><br>JUDGMENT OF FORFEITURE<br><br>JS-6 |

　　　IT IS ORDERED, ADJUDGED AND DECREED that all right, title and interest of potential claimant So Cal Medical Supplies, LLC and all other potential claimants in and to the defendant currency are condemned and forfeited to the United States of America.  The government shall disburse the defendants $189,250.00 in U.S. Currency and $7,379.00 in U.S. Currency according to law.

DATED: November 20, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1